RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2005 NOV 23 AM 11:26

UNITED STATES DISTRICT COURT
District of Alaska

RECEIVED
MAY 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA,

vs.

DUANE CULLUM

FILED
NOV 22 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 05/11/04 )
Case Number: A04-0013-CR (JDR)
Richard Curtner
Defendant's Attorney

Defendant's probation officer filed a petition on 10/27/05 accusing defendant of 2 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegation 1. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Not consume alcohol | 10/22/05 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or
[X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 21, 2005
Date of Disposition Hearing

redacted signature
Signature of Judicial Officer
JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Nov 22, 2005
Date

A04-0013--CR (JDR)
-------------------
✓F. CURTNER (FPD)
✓K. LOEFFLER (US ATTY)

✓US PROBATION
  def w/cnsls cy

om 11-22-05

Certified to be a true and correct copy
of original filed in my office.
Dated   11-22-05
IDA ROMACK, Clerk
By _____ Deputy

46

AO245.REV

Defendant: DUANE CULLU_  Amen_ _ Judgment--Page 2 of 2
Case No.: A04-0013-CR (JDR)

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [_] probation [X] having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 7 months                .
NO TERM OF SUPERVISION TO FOLLOW

[_] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
                        a.m.
    [_] at _____ p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  12/21/5  to  FDC Seatac  at  Seatac WA , with a certified copy of this judgment.

                         Robert J. Palmquist Washn
                             United States Marshal
                By _____
                      Deputy Marshal

(RECEIVED 2006 MAY -4 PM 2:39 U.S. MARSHALS SERVICE ALASKA)

AO245.REV